Jonathan A. Stieglitz, Esq.
(SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 800
Los Angeles, California 90064
Telephone: (323) 979-2063
Facsimile: (323) 488-6748

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### Southern Division

| | |
|---|---|
| Anayah Wallace, individually and on behalf of all others similarly situated, Against<br><br>National Credit Control Agency, Inc. and John Does 1-25, | Case No.: 8:20-cv-2350<br><br>**NOTICE OF SETTLEMENT** |

Notice is hereby given that the parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

Respectfully Submitted,

DATED: April 22, 2021        THE LAW OFFICES OF JONATHAN A. STIEGLITZ

By:   */s/Jonathan A. Stieglitz*

Jonathan A. Stieglitz
Attorneys for Plaintiff
Anaya Wallace

## Certificate of Service

I hereby certify that on this date, I electronically filed this Notice of Settlement using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

*/s/ Jonathan A. Stieglitz*
Jonathan A. Stieglitz, Esq.